United States District Court

for the Western District of Michigan

Northern Division

Allen David Daniel, 537197,

    Plaintiff,

2019-10-

vs

Celeste Hoffman-Plus, et al,

    Defendants

Hon:

Mag:

FILED - MQ
May 23, 2019 12:53 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc/  Scanned by /
TBA

2:19-cv-101
Gordon J. Quist, US District Judge
Maarten Vermaat, US Magistrate Judge

---

Motion to Proceed informa Pauperis and waiver fees

Pursuant to: F.R.Civ.P. 1, 4, 28 U.S.C § 1915(a)(b)

Plaintiff Allen David Daniel, In Forma Pauperis, moves this Court to grant this motion and to waiver of fees pursuant to: F.R.Civ.P. 1, 4, 28 U.S.C § 1915(a)(b). And review all those motions enclosed, Pleadings and exhibits liberally. Haines v Kerner, 404 US 519 (1972).

May 20, 2019

Pursuant to: 28 U.S.C § 1446.

Respectfully Submitted

[signature]  Daniel Allen 537197

Allen David Daniel Plaintiff 537197
Chippewa Correctional Facility 4269 W. M-80
Kincheloe, MI 49784

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

__Allen David Daniel 537193__
Plaintiff

v.

__Celeste Hoffman-Paus__
Defendant(s)

AUTHORIZATION FOR
TO PAY THE CIVIL
AFFIDAVIT OF IND
REQUEST TO PROC

2:19-cv-101
Gordon J. Quist, US District Judge
Maarten Vermaat, US Magistrate Judge

I, __Allen David Darriel__, am the plaintiff in the above entitled case, and I believe I am entitled to redress. In support of my motion to proceed without being required to prepay fees or costs or give security, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor. I acknowledge that, even if I am granted leave to proceed *in forma pauperis*, **I am liable for payment of the $350.00 civil action filing fee**, and I authorize the correctional facility in which I am currently housed to (1) provide information about my trust fund account to the federal court; and (2) withdraw from my trust fund account and forward to the federal court (a) an initial partial filing fee for this action (20% of the greater of my average monthly deposits or average monthly balance for the past 6 months), which I will request be disbursed, and (b) subsequent monthly payments (20% of my previous month's deposits), as ordered by the federal court, until I have paid the full filing fee of $350.00 for this action. Further, I declare that the responses which I have made below are true.

1. Are you presently employed?   Yes ☐  No ☑

   a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

      __N/A__

   b. If the answer is no, state the date of last employment and the amount of the salary per month which you received.

      __N/A      0__

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession, or form of self-employment?                    Yes ☐ No ☑
   b. Rent payments, interest, or dividends?                               Yes ☐ No ☑
   c. Pensions, annuities, or life insurance payments?                    Yes ☐ No ☑
   d. Gifts or inheritances?                                              Yes ☐ No ☑
   e. Any other sources?                                                  Yes ☐ No ☑

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   __0__

3. Do you own any cash or do you have money in a checking or savings account?    Yes ☐ No ☑
   (Include any funds in prison accounts)

   If your answer is yes, state the total value owned.

   __N/A__

(Last Revised: June 2013)

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ☐  No ☑

   If the answer is yes, describe the property and state its approximate value.   _N/A_

5. List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support:

   _IN PRISON_                                                         _N/A_

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

_MAY 20, 2019_                                        _[signature]_
Date                                                  Signature of Plaintiff

---

**CERTIFICATE**

I certify that the plaintiff herein has had deposits of _____ and withdrawals of _____ from his prison account over the last six-month period. The present balance in the plaintiff's prison account is _____.

I further certify that plaintiff has the following securities to his credit according to the records of this institution:

_____.

**Authorized Financial Officer**          **Name of Institution**          **Date**

NOTE: Instead of completing the above certificate, you may attach the certificate establishing prisoner account activity and the printout issued by the institution.

-2-

Allen David Daniel #537193
Chippewa Correctional Facility 4269 W. M-80
Kincheloe, MI 49785

United States Dis
229 Federal Build
Marquette, Michig



USPS TRACKING #
9114 9014 9645 0773 4227 58

