UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ALLEN D. DANIEL,

       Plaintiff,

v.

CELESTE HOFFMAN-PRUSI et al.,

       Defendants.
_____/

Case No. 2:19-cv-101

Honorable Gordon J. Quist

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: August 8, 2019                     /s/ Gordon J. Quist
                                                           GORDON J. QUIST
                                            UNITED STATES DISTRICT JUDGE